*ARTHUR J. MORTON v. L. E. & W. RY. Co.

MILEAGE BOOK IN HANDS OF THIRD PERSON.

 A railroad company, having sold a mileage book, has no authority to confiscate such book when found in the hands of a person other than the purchaser. The most that the company could do would be to refuse to accept the book and require the passenger to pay his fare.

ERROR to the Court of Common Pleas of Hamilton county.

Morton is a local ticket broker, and purchased a mileage book from the defendant company. A third party attempted to use it, and a conductor of the railroad company took it up and collected fare. Morton brought the suit to recover for the value of the book. He won in the justice court, but lost in the common pleas. The circuit court reversed the latter's decision, and awarded Morton judgment for the amount of his claim, together with interest and costs.

SENEY, J.

There was nothing in the contract between Morton and the railroad company whereby the latter acquired a title to the ticket because it was in the hands of a third person. The most the conductor could do would be to refuse to accept the ticket from the third party and collect the regular fare. Morton purchased the book, and the title to the same passed from the railroad company when it was sold.